IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLEVELAND BERRY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 19-0139-JB-MU |
| COMMANDER BRAZIER, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 28, 2020, is **ADOPTED** as the opinion of this Court.

DONE this 20th day of February, 2020.

                               /s/ JEFFREY U. BEAVERSTOCK
                               UNITED STATES DISTRICT JUDGE